UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and ASMI AUTO INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>AYMAN TARABISHY, M.D., PLLC and AYMAN TARABISHY, M.D.,<br><br>                Defendants. | C.A. No. 22-cv-12736-SKD-APP |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby STIPULATED and AGREED by and between plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and ASMI Auto Insurance Company (collectively, "Allstate" and/or "plaintiffs") and defendants Ayman Tarabishy, M.D., PLLC ("Tarabishy PLLC") and Ayman Tarabishy, M.D. ("Tarabishy") (collectively, the "defendants"), by and through their respective undersigned counsel, that this case be dismissed with prejudice, without costs or fees of any kind to any party.  It is also hereby agreed by the parties that the

Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

STIPULATED AND AGREED TO THIS 20th DAY OF MARCH 2023:

| *Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and ASMI Auto Insurance Company* | *Ayman Tarabishy, M.D., PLLC and Ayman Tarabishy, M.D.* |
|---|---|
| By their Attorneys,<br><br>/s/ *Andrew H. DeNinno w/ consent*_____<br>Andrew H. DeNinno (P87678)<br>adeninno@ktmpc.com<br>Brad A. Compston<br>bcompston@ktmpc.com<br>KTM<br>38777 Six Mile Road, Suite 314<br>Livonia, MI 48152<br><br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | By their Attorneys,<br><br>/s/ *Peter W. Joelson* _____<br>Peter W. Joelson (P51468)<br>pjoelson@joelsonrosenberg.com<br>Emily Warren (P76675)<br>ewarren@jrlawplc.com<br>JOELSON ROSENBERG PLC<br>30665 Northwestern Hwy, Suite 200<br>Farmington Hills, MI 48334<br>(248) 626-9966<br><br>Gary R. Blumberg (P29820)<br>gblumberg@blumbergpc.com<br>GARY R. BLUMBERG PC<br>19855 W. Outer Dr., Suite 206-E<br>Dearborn, MI 48124<br>(313) 618-2379 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and ASMI AUTO INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>AYMAN TARABISHY, M.D., PLLC and AYMAN TARABISHY, M.D.,<br><br>                Defendants. | C.A. No. 22-cv-12736-SKD-APP |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants are hereby dismissed with prejudice and without costs to any party. The Court shall retain jurisdiction over this matter to enforce the terms of settlement reached between the parties.

**IT IS SO ORDERED.**

Dated: April 10, 2025

                                              s/Susan K. DeClercq
                                              SUSAN K. DeCLERCQ
                                              United States District Judge